ORIGINAL

FILED
MAR - 8 2007
U.S. COURT OF FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

**Bid Protest**

**HERITAGE OF AMERICA, LLC,**

**Plaintiff,**

**No.** 07-150-C

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**DISCLOSURE STATEMENT**

Plaintiff Heritage of America, LLC, by and through its counsel of record, pursuant to Rule 7.1 of the Rules of the U. S. Court of Federal Claims, hereby submits the following disclosure statement:

Heritage of America, LLC has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

LEWIS AND ROCA JONTZ DAWE, LLP

By [signature]

Ross L. Crown
Attorneys for Heritage of America, LLC
P.O. Box 1027
Albuquerque, New Mexico 87103
(505) 764-5402
(505) 764-5463

Dated: 7 March 2007