# United States Court of Federal Claims

| | |
|---|---|
| HERITAGE OF AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>DYNAMIC SYSTEMS TECHNOLOGY, INC.,<br><br>Defendant-Intervenor. | No. 07-150 C<br><br>Filed March 9, 2007 |

**ORDER**

The Court and counsel for plaintiff, defendant, and an awardee, Dynamics Systems Technology, Inc., participated in an initial telephonic status conference in this post-award bid protest action on Thursday, March 8, 2007. Consistent with the discussion at that conference, the Court does hereby **ORDER** that:

1) Plaintiff's motion for leave to file its complaint and other pleadings under seal is **GRANTED**.

2) Plaintiff's motion for protective order is **GRANTED**; the Court will enter a protective order today, along with an order authorizing electronic filing of sealed documents.

3) Dynamic Systems Technology, Inc. is **GRANTED** leave to intervene in this action on the side of defendant. Counsel for Dynamic, Janis Davis, Esq., shall promptly enter her appearance.

4) Counsel for defendant shall advise Evolver, Inc., a second awardee, of the pendency of this action so that it may seek leave to intervene should it desire to do so. Counsel for defendant shall file and serve a notice stating whether Evolver intends to seek leave to

intervene and, if so, by whom it proposes to be represented. Counsel for defendant shall advise Evolver of the schedule set forth in this order.

5) Defendant shall file and serve the administrative record relating to the award of contracts for education support services in the Northwest, Southwest, and Pacific Regions pursuant to the Department of the Army's Solicitation No. W74V8H-06-R-044, together with the record before the Government Accounting Office in protest B -298432.5 by **Thursday, March 15, 2007**. The parties shall consult with a view toward agreeing on a less voluminous record for submission to this Court.

6) The Court shall treat plaintiff's application for preliminary injunction filed March 8, 2007 as a motion for judgment on the administrative record pursuant to Rule 52.1(b) of the Rules of the United States Court of Federal Claims.

7) Defendant and defendant-intervenor(s) shall file and serve their oppositions to plaintiff's motion and any cross-motions for judgment on the administrative record by **Tuesday, April 10, 2007**.

8) Plaintiff shall file and serve its opposition to any cross-motions and its reply in support of its motion by **Tuesday, April 24, 2007**.

9) Defendant and defendant-intervenor(s) shall file and serve their reply or replies in support of any cross-motions by **Tuesday, May 1, 2007**.

10) The Court will hold a hearing on plaintiff's motion and any cross-motions on **Monday, May 7, 2007, at 10 a.m. Eastern Daylight Time at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.**

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge