# In the United States Court of Federal Claims

No. 07-150C
Filed March 9, 2007

| | |
|---|---|
| HERITAGE OF AMERICA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| DYNAMIC SYSTEMS TECHNOLOGY, INC., | ) |
| Defendant-Intervenor. | ) |

**ORDER**

**AUTHORIZING ELECTRONIC FILING OF SEALED DOCUMENTS**

Pursuant to General Order 42A, the parties are hereby authorized to file sealed documents electronically.

s/ George W. Miller
GEORGE W. MILLER
Judge