IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Bid Protest)

| | | |
|---|---|---|
| HERITAGE OF AMERICA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-150 |
| | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF COMPLIANCE

Pursuant to the Court's request at the status conference held on March 8, 2007, the United States respectfully notifies the Court that counsel for the United States has contacted counsel for Evolver, Inc. ("Evolver"), and has provided notice of the case and specific dates set forth in the Court's scheduling order. Counsel for Evolver has stated that Evolver intends to file a motion to intervene.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, NW, 8th Floor
Telephone: (202)616-8253
Telecopier:(202)307-0972

March 9, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 9, 2007, a copy of foregoing "NOTICE OF COMPLIANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian T. Edmunds