IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Bid Protest)

| | | |
|---|---|---|
| HERITAGE OF AMERICA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-150 |
| | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO ENLARGE TIME TO FILE ADMINISTRATIVE RECORD

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests a nine-day enlargement of time to file the administrative record. The administrative record is currently due on March 21, 2007, and the enlargement will move the deadline to March 30, 2007. The United States previously sought a six-day enlargement, which the Court granted. All parties consent.

The United States requests this additional time after conferring with the parties about the administrative record that will be needed in this case. The parties believe that a jointly-stipulated, “abbreviated administrative record” can be filed in this case and will significantly conserve both the parties’ and the Court’s resources. The Government sent a preliminary proposal for the contents of the record to all counsel on Monday, March 20, 2007, but all parties agree that they need further time to review all materials to ensure that the necessary documents

are provided to the Court. We therefore respectfully request this nine-day enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick for
KATHRYN A. BLEECKER
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, NW, 8th Floor
Telephone: (202)616-8253
Telecopier:(202)307-0972

March 20, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 20, 2007, a copy of foregoing "MOTION TO ENLARGE TIME TO FILE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian T. Edmunds