ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

FILED
MAR 22 2007
U.S. COURT OF FEDERAL CLAIMS

HERITAGE OF AMERICA, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 07-150
(Judge George W. Miller)

**CORPORATE DISCLOSURE STATEMENT OF**
**EVOLVER, INC.**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, I, Andrew B. Golkow, counsel of record for Intervenor Evolver, Inc. ("Evolver"), certify that Evolver has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

Andrew B. Golkow

REES, BROOME & DIAZ, P.C.
8133 Leesburg Pike, Ninth Floor, Vienna, Virginia 22182
Telephone: (703) 790-1911
Telecopier: (703) 848-2530

Attorney of Record for Intervenor, Evolver, Inc.

Dated: March 22, 2007

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Corporate Disclosure Statement of Evolver, Inc. was served by facsimile to the following parties, this 22nd day of March, 2007.

Brian T. Edmunds
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Facsimile: (202) 307-0972

Ross L. Crown
Lewis, Roca, et. al
201 Third Street, N.W.
Suite 1950
P.O. Box 1027
Albuquerque, NM 87103
Facsimile: (505) 764-5463

Janice Davis
Davis & Steele
1100 15th Street, N.W.
Suite 300
Washington, D.C. 20005-1720
Facsimile: (202) 530-5717

Andrew B. Golkow