# United States Court of Federal Claims

| | | |
|---|---|---|
| HERITAGE OF AMERICA, LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>DYNAMIC SYSTEMS TECHNOLOGY, INC.,<br>Defendant-Intervenor. | ) | No. 07-150 C<br>Filed March 27, 2007 |

**ORDER**

On March 21, 2007, plaintiff filed and served an application for access to information under protective order by outside counsel (docket entry 16). Mr. Crown is an attorney with the law firm of Lewis and Roca Jontz Dawe, LLP, and a member of the bar of the United States Court of Federal Claims. Mr. Crown functions solely as legal counsel for plaintiff and is not involved in competitive decision-making.

Under the protective order (docket entry 10), paragraph 2(a)(i), legal counsel for a party to the lawsuit is to have access to the protected information covered by the protective order. Therefore, plaintiff's application is **GRANTED**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge