# United States Court of Federal Claims

| | |
|---|---|
| HERITAGE OF AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>DYNAMIC SYSTEMS TECHNOLOGY, INC., and EVOLVER, INC.,<br><br>Defendant-Intervenors. | No. 07-150 C<br><br>Filed March 27, 2007 |

**ORDER**

On March 22, 2007, Evolver, Inc. filed a motion for leave to intervene (docket entry 17) pursuant to Rule 24 of the Rules of the United States Court of Federal Claims. Counsel for Evolver avers that counsel for defendant, counsel for plaintiff, and counsel for defendant-intervenor Dynamic Systems Technology, Inc. have stated that they do not oppose Evolver's intervention.

Plaintiff challenges the award of a contract by the Army Contracting Agency under Solicitation No. W74V8H-06-R-0044 ("Contract"). Evolver was one of three firms selected for award. In order to adequately protect its interests under the Contract, Evolver seeks leave to intervene.

In light of the foregoing, Evolver's motion for leave to intervene in this action on the side of defendant is **GRANTED**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge