UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HERITAGE OF AMERICA, LLC,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant,<br>and<br>DYNAMIC SYSTEMS TECHNOLOGY, INC.,<br>Defendant-Intervenor | No. 07-150C<br>(Judge George W. Miller) |

## APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL

1. I, Janice Davis, hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. a. I am an attorney with the law firm of Davis & Steele and have been retained to represent Dynamic Systems Technology, Inc., a party to this proceeding.

3. I am a member of the bar of the United States Court of Federal Claims (the court).

4. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of legal counsel. I am not involved in competitive decision making as discussed in *U.S. Steel Corp v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from acce4ss to the information disclosed under the Protective Order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor.

5. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph: None.

6. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or with any other firm that might

gain a competitive advantage from access to the information disclosed under the Protective Order. None.

7. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances on which I have been denied admission to a protective order, had admission revoked, or have been found to have violated a protective order issued by an administrative or judicial tribunal: None.

8. I have read the Protective Order issued by the court in this proceeding. I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

9. I acknowledge that violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above(including attached statements) are true and correct.

Signature — Date Executed 3/28/07

Janice Davis, Attorney
Typed Name and Title

202-530-5828
Telephone Number

202-530-5717
Fax Number

Signature of Attorney of Record — Date Executed 3/28/07

Janice Davis, Attorney
Typed Name and Title

202-530-5828
Telephone Number

202-530-5717
Fax Number

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 28th day of March 2007, a copy of the defendant's Notice of Appearance was served via the electronic case filing (ECF) system on:

Ross L. Crown, Esq.
5907 7th Street, N.W.
Washington, DC 20011
Plaintiff

Brian T. Edmunds
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530
Defendant

s/Janice Davis