**UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **HERITAGE OF AMERICA, LLC,** | |
| **Plaintiff,** | |
| **v.** | **No. 07-150C** |
| **THE UNITED STATES,** | **(Judge George W. Miller)** |
| **Defendant.** | |
| **and** | |
| **DYNAMIC SYSTEMS TECHNOLOGY, INC.,** | |
| **Defendant-Intervenor** | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DYNAMIC SYSTEMS TECHNOLOGY, INC.**

Pursuant to Rule 17.1 of the Rules of the United States Court of Federal Claims, I, Janice Davis, counsel of record for Defendant-Intervenor, Dynamic Systems Technology, Inc. ("Dynamic Systems"), certify that Dynamic Systems has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

s/Janice Davis

Janice Davis
Davis & Steele
1100 - 15th Street, N.W.
Suite 300
Washington, DC 20005-1720
Telephone: 202-530-5828
Telecopier: 202-530-5717

Attorney of Record for Defendant-Intervenor, Dynamic Systems Technology, Inc.

Dated: March 28, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 28th day of March 2007, a copy of the Defendant-Intervenor's Corporate Disclosure Statement was served via the ECF system on:

Ross L. Crown, Esq.
5907 7th Street, N.W.
Washington, DC 20011
Plaintiff

Brian T. Edmunds
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530
Defendant

s/Janice Davis____