# United States Court of Federal Claims

| | |
|---|---|
| HERITAGE OF AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>DYNAMIC SYSTEMS TECHNOLOGY, INC., and EVOLVER, INC.,<br><br>Defendant-Intervenors. | No. 07-150 C<br><br>Filed March 28, 2007 |

## ORDER

On March 28, 2007, defendant-intervenor Evolver, Inc. ("Evolver") filed and served an application for access to information under protective order by Andrew B. Golkow (docket entry 22), outside counsel to Evolver. Mr. Golkow is an attorney with the law firm of Rees, Broome & Diaz, P.C. and is a member of the bar of the United States Court of Federal Claims. Mr. Golkow functions solely as legal counsel for Evolver and is not involved in competitive decision-making.

Under the protective order (docket entry 10), paragraph 2(a)(i), legal counsel for a party to the lawsuit is to have access to the protected information covered by the protective order. Therefore, Evolver's application is **GRANTED**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge