# United States Court of Federal Claims

| | |
|---|---|
| HERITAGE OF AMERICA, LLC, Plaintiff, | No. 07-150 C |
| v. | Filed March 28, 2007 |
| THE UNITED STATES, Defendant, | |
| and | |
| DYNAMIC SYSTEMS TECHNOLOGY, INC., and EVOLVER, INC., Defendant-Intervenors. | |

## ORDER

On March 28, 2007, defendant-intervenor Dynamic Systems Technology, Inc. ("Dynamic") filed and served an application for access to information under protective order by Janice Davis (docket entry 23), outside counsel to Dynamic. Ms. Davis is an attorney with the law firm of Davis & Steele and is a member of the bar of the United States Court of Federal Claims. Ms. Davis functions solely as legal counsel for Dynamic and is not involved in competitive decision-making.

Under the protective order (docket entry 10), paragraph 2(a)(i), legal counsel for a party to the lawsuit is to have access to the protected information covered by the protective order. Therefore, Dynamic's application is **GRANTED**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge