IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Bid Protest)

| | | |
|---|---|---|
| HERITAGE OF AMERICA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-150 |
| | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO ENLARGE TIME TO FILE ADMINISTRATIVE RECORD

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests a four-day enlargement of time to file the administrative record. The administrative record is currently due on March 30, 2007, and the enlargement will move the deadline to April 3, 2007. The United States previously sought six and nine-day enlargements, which the Court granted. All parties consent to this motion.

The United States requests this additional time to finish compiling the jointly-stipulated, “abbreviated administrative record” referred to in our previous filings. The Government sent a preliminary proposal on March 20, 2007, to which plaintiff responded on March 28, 2007 and defendant-intervenors responded on March 29, 2007. Now that the United States has approval from the parties, the record can be prepared, but we are informed that the task of compiling, paginating, and copying cannot be

completed before Tuesday, April 3, 2007. We therefore respectfully request this enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, NW, 8th Floor
Telephone: (202)616-8253
Telecopier:(202)307-0972

March 30, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 30, 2007, a copy of foregoing "MOTION TO ENLARGE TIME TO FILE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian T. Edmunds