IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Bid Protest)

| | | |
|---|---|---|
| HERITAGE OF AMERICA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-150 |
| | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

CONSENT MOTION TO FILE ABBREVIATED
ADMINISTRATIVE RECORD IN HARD COPY

Pursuant to Rules 1 and 52.1(a) and Appendix C of the Rules of the United States Court of Federal Claims, the United States, on behalf of all parties, respectfully requests that the Court permit it to file the "Abbreviated Administrative Record" ("AAR") in hard copy.[1] The AAR contains all the documents from the agency record that the parties, at this time, believe are necessary to resolve this bid protest. Filing this "abbreviated administrative record" will conserve the Court's and the parties' resources.

Because it is foreseeable that circumstances may change, the parties respectfully request that they be given the opportunity to file additional appropriate documents from the administrative procurement record if it becomes necessary to do so. The United

---

[1] We request leave to file in hard copy, pursuant to paragraph I.4 of this Court's General Order 42A, because the volume of the AAR makes it impracticable to file electronically.

States believes that the proper and most economical mechanism for doing this is by stipulation of the parties, or, if a stipulation is unobtainable, by "motion to supplement the abbreviated administrative record."

The procedure envisioned in this motion will best serve the interests of justice and conserve judicial resources. The United States therefore respectfully requests, on behalf of all parties, that this motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Anuj Vohra for
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, NW, 8th Floor
Telephone: (202)616-8253
Telecopier:(202)307-0972

April 3, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 3, 2007, a copy of foregoing "CONSENT MOTION TO FILE ABBREVIATED ADMINISTRATIVE RECORD IN HARD COPY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Anuj Vohra