IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Bid Protest)

| | | |
|---|---|---|
| HERITAGE OF AMERICA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-150 |
| | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING
THE ABBREVIATED ADMINISTRATIVE RECORD

Pursuant to Appendix C, paragraph 21, of the Rules of the United States Court of Federal Claims, the United States respectfully provides this notice that it has filed in hard copy, under the protective order in this case, the abbreviated administrative record of the agency.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Bryant G. Snee for
KATHRYN A. BLEECKER
Assistant Director

/s Anuj Vohra for
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530
(202) 616-8253

April 3, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 3, 2007, a copy of foregoing "DEFENDANT'S NOTICE OF FILING THE ABBREVIATED ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Anuj Vohra