# United States Court of Federal Claims

HERITAGE OF AMERICA, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

DYNAMIC SYSTEMS TECHNOLOGY, INC., and EVOLVER, INC.,

Defendant-Intervenors.

No. 07-150 C

Filed April 3, 2007

## ORDER

On April 3, 2007, defendant filed a consent motion to file an abbreviated administrative record ("AAR") in hard copy (docket entry 29). The AAR contains all of the documents from the agency record that the parties believe will be necessary in order to resolve this bid protest. The AAR is nonetheless sufficiently voluminous that it would be impractical to file electronically. Therefore, pursuant to General Order 42A ¶ I.4, defendant's motion is GRANTED.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge