IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Bid Protest)

| | | |
|---|---|---|
| HERITAGE OF AMERICA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-150 |
| | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO ENLARGE TIME TO FILE CROSS-MOTIONS

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests a two-day enlargement of time in which it and defendants-intervenors may file their responses and cross-motions for judgment upon the administrative record ("cross-motions"). The cross-motions are due on April 10, 2007, and the enlargement will move the deadline to April 12, 2007.[1] Plaintiff and defendant-intervenor Evolver consent. We have not been able to contact counsel for defendant-intervenor Dynamic Systems.

We request this enlargement because we need a small amount of additional time to coordinate with the agency and intervenors and complete our submission to the Court. Trial counsel for the United States was out of the country last week on a working vacation and became ill, and this slowed the anticipated process

[1] We do not anticipate that this enlargement will affect the other scheduled dates in this matter.

of communication with the agency and defendants-intervenors and completion of the cross-motion.

A two-day enlargement will not materially prejudice the plaintiff, whose reply and response are due on April 24, 2007. We therefore respectfully request a two-day enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, NW, 8th Floor
Telephone: (202)616-8253
Telecopier:(202)307-0972

April 9, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 9, 2007, a copy of the foregoing "MOTION TO ENLARGE TIME TO FILE CROSS-MOTION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian T. Edmunds