# In the United States Court of Federal Claims

**No. 07-150 C**

**HERITAGE OF AMERICA, LLC,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**DYNAMIC SYSTEMS TECHNOLOGY, INC.**
**AND EVOLVER, INC.,**
**Defendant-Intervenors.**

Pursuant to the Opinion and Order, filed May 16, 2007, granting plaintiff's motion for judgment on the administrative record, and denying defendant's and intervenors' cross-motions for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of plaintiff for the equitable relief described in the above Opinion.

Brian Bishop
Clerk of Court

**May 17, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.