IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-150
(Bid Protest)
(Judge George W. Miller)

HERITAGE OF AMERICA, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

DYNAMIC SYSTEMS TECHNOLOGIES, INC., and EVOLVER, INC.,

Defendants-Intervenors.

**NOTICE OF NON-AVAILABILITY**

**COMES NOW** Ross L. Crown, counsel for Plaintiff Heritage of America, LLC and hereby notifies the Court and all counsel hereto that he will be unavailable out of town and without access to a computer and/or e-mail during the following periods:

June 13, 2007 through June 26, 2007; and

July 20, 2007 through August 1, 2007.

**WHEREFORE**, counsel for Plaintiff respectfully requests that any notices or other activity in the above-referenced case during the aforementioned periods of time be directed to his associate, Shana B. Pennington. She can be reached by e-mail at spennington@LRLaw.com or

by phone at (505) 764-5401. Ms. Pennington is admitted to the protective order entered in this case.

LEWIS AND ROCA JONTZ DAWE, LLP

By /s/ Ross L. Crown
Ross L. Crown
P.O. Box 1027
Albuquerque, New Mexico 87103
(505) 764-5402
(505) 764-5463 (facsimile)
*Attorneys for Plaintiff Heritage of America, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2007, a copy of the foregoing "Notice of Non-Availability" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ross L. Crown
Ross L. Crown