ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(BID PROTEST)

FILED
AUG 7 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERITAGE OF AMERICA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-150C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEAL

Notice is hereby given that the United States hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on May 17, 2007 and from the Court's June 8, 2007 order denying reconsideration.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

Kathryn A. Bleecker by [signature]

KATHRYN A. BLEECKER
Assistant Director

BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 616-8253

August 7, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury, that on this 7th day of August, 2007, I caused to be placed in the United States mail (first class mail, postage prepaid) a copy of the foregoing "NOTICE OF APPEAL" to:

**Ross L. Crown**
Lewis, Roca, et al.
201 Third Street, NW
Suite 1950
P. O. Box 1027
Albuquerque, NM 87103