# United States Court of Federal Claims

| | |
|---|---|
| HERITAGE OF AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>DYNAMIC SYSTEMS TECHNOLOGY, INC., and EVOLVER, INC.,<br><br>Defendants-Intervenors. | No. 07-150 C<br><br>Filed September 14, 2007 |

## ORDER

The Court has before it defendant's "Expedited Motion to Modify Permanent Injunction," filed September 14, 2007 (docket entry 53), and defendant's request for expedited consideration of the motion. After consultation with all of the parties, the Court does hereby **ORDER** that the parties shall participate in a telephonic status conference with the Court on Monday, September 17, 2007 at 3 p.m. Eastern time. The Court will initiate the call. If any party intends to oppose the relief sought by defendant's motion, such party shall notify chambers telephonically (202-357-6628) prior to noon Eastern time on Monday, September 17, 2007. The Court also requests that the Government and intervener Dynamic Systems Technology, Inc. (DysTech) arrange to provide the Court with a copy of the pre-award bid protest filed by DysTech on August 13, 2007 with the Government Accountability Office ("GAO") and of any papers subsequently tendered for inclusion in the record of that protest by the parties or by GAO. Such materials should be hand-delivered to Chambers in paper form prior to noon Eastern time on Monday, September 17, 2007. The purpose of the status conference will be to hear and consider the views of the parties as to how they believe the Court should proceed in connection with defendant's motion.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge