UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HERITAGE OF AMERICA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-150 C |
| v. | ) | Filed September ___, 2007 |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DYNAMIC SYSTEMS TECHNOLOGIES, INC, and EVOLVER, INC., | ) | |
| | ) | |
| Defendants-Intervenors. | ) | |

ORDER

Pending before the Court is defendant's September 14, 2007 "Expedited Motion to Modify Permanent Injunction" (docket entry 23), in which defendant requests modification of this Court's May 17, 2007 order that defendant:

> not exercise its options to continue the [Army Continuing Education Services ("ACES") program] contracts of Evolver and Dynamic for the Northwest, Pacific, and Southwest regions beyond the end of their base years and . . . instead . . . proceed promptly to resolicit contracts for the provision of ACES support services in the Northwest, Pacific, and Southwest regions beginning after September 30, 2007 ( i.e., after the end of the existing contracts' base years).

Heritage of America, LLC v. United States, 77 Fed. Cl. 66, 80 (2007). Defendant requests that the Court modify its injunction to enable defendant to exercise its options to extend the subject contracts pursuant to 48 C.F.R. § 52.217-8 for 90 days because, although defendant complied with the Court's order to resolicit the contracts, a protest has been filed with the Government Accountability Office, precluding defendant from awarding contracts pursuant to the resolicitation by the September 30, 2007 end of the base years. 31 U.S.C. § 3553(c)(1). Thus, without the modification requested by the defendant, the ACES program will suffer an interruption.

The Court held a telephonic hearing on the motion on September 17, 2007 in which all parties expressed no objection to defendant's motion. Having read and considered defendant's motion, the balance of the equities, and the public interest, the Court hereby **ORDERS** that

defendant's motion is **GRANTED**. The Court's May 17, 2007 injunction is hereby **MODIFIED** to the extent that defendant may extend each of the subject contracts to December 28, 2007 pursuant to 48 C.F.R. § 52.217-8. All other provisions of the Court's injunction remain fully effective.

**IT IS SO ORDERED**

GEORGE W. MILLER
Judge