ORIGINAL

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
SEP 14 2007
U.S. COURT OF FEDERAL CLAIMS

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

09/14/07

cc: Clerk's Office, CFC
Ross L. Crown
Brian Thomas Edmunds

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
SEP 14 2007
JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 09/14/07

HERITAGE OF AMERICA V US, 2007-5157
CFC - 07-CV-150

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 9/14/07

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2007-5157

HERITAGE OF AMERICA, LLC,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

## O R D E R