# United States Court of Federal Claims

| | |
|---|---|
| HERITAGE OF AMERICA, LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>DYNAMIC SYSTEMS TECHNOLOGY, INC.,<br>and EVOLVER, INC.,<br>Defendants-Intervenors. | No. 07-150 C<br>Filed September 18, 2007 |

**ORDER**

Pending before the Court is defendant's September 14, 2007 "Expedited Motion to Modify Permanent Injunction" (docket entry 23), in which defendant requests modification of this Court's May 17, 2007 order that defendant:

> not exercise its options to continue the [Army Continuing Education Services ("ACES") program] contracts of Evolver and Dynamic for the Northwest, Pacific, and Southwest regions beyond the end of their base years and . . . instead . . . proceed promptly to resolicit contracts for the provision of ACES support services in the Northwest, Pacific, and Southwest regions beginning after September 30, 2007 (i.e., after the end of the existing contracts' base years).

Heritage of America, LLC v. United States, 77 Fed. Cl. 66, 80 (2007). Defendant requests that the Court modify its injunction to enable defendant to exercise its options to extend the contracts of Dynamic Systems Technologies for the Southwest region (contract number W74V8H-06-D-0019) and of Evolver, Inc. for the Northwest and Pacific regions (contract number W74V8H-06-D-0018) for 90 days pursuant to 48 C.F.R. § 52.217-8 because, although defendant has undertaken to comply with the Court's order to resolicit the contracts, a protest has been filed

with the Government Accountability Office, precluding defendant from awarding contracts pursuant to the resolicitation by the September 30, 2007 end of the base years. See 31 U.S.C. § 3553(c)(1). Thus, without the modification requested by defendant, the ACES program will suffer an interruption.

The Court held a telephonic hearing on the motion on September 17, 2007, in which all parties other than Heritage of America expressed no objection to the relief sought by defendant's motion, and in which Heritage of America took no position on defendant's motion. In response to the Court's request of September 17, 2007, defendant filed a proposed form of order granting the relief sought (docket entry 55). Having read and considered defendant's motion, defendant's proposed form of order, the balance of the equities, and the public interest, the Court hereby **ORDERS** that defendant's motion is **GRANTED**. The Court's May 17, 2007 injunction is hereby **MODIFIED** to the extent that defendant may extend contract number W74V8H-06-D-0018 (with Evolver, Inc. for the Northwest and Pacific regions) and contract number W74V8H-06-D-0019 (with Dynamic Systems Technologies, Inc. for the Southwest region) to December 28, 2007, pursuant to 48 C.F.R. § 52.217-8. All other provisions of the Court's injunction remain in full force and effect.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge