IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 07-150
(Bid Protest)
(Judge George W. Miller)

---

HERITAGE OF AMERICA, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

DYNAMIC SYSTEMS TECHNOLOGIES, INC., and EVOLVER, INC.,

Defendants-Intervenors.

---

**STIPULATION OF DISMISSAL**

---

All matters at issue in this bid protest proceeding having been decided or otherwise resolved, pursuant to RCFC 41(a)(1), the parties to the proceeding, Plaintiff Heritage of America, LLC, Defendant The United States of America and Defendants-Intervenors Dynamic Systems Technologies, Inc. and Evolver, Inc., hereby stipulate to the dismissal with prejudice of the proceeding. The parties further stipulate to the vacating of the injunction issued by the Court in its May 17, 2007 Order (docket entry 46).

LEWIS AND ROCA LLP

By ______________________
Ross L. Crown
P.O. Box 1027
Albuquerque, New Mexico 87103
Tel. (505) 764-5402
Fax (505) 764-5463
*Attorneys for Plaintiff Heritage of America, LLC*

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

______________________
HAROLD D. LESTER, JR.
Assistant Director

______________________
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 616-8253
Fax (202) 305-7644
*Attorneys for Defendant The United States of America*

REES, BROOME [redacted], P. C.

By ______________________

Andrew B. Golkow
8133 Leesburg Pike, Ninth Floor
Vienna, Virginia 22182
Tel. (703) 790-1911
Fax (703) 848-2530

*Attorneys for Defendant-Intervenor Evolver, Inc.*

DAVIS & STEELE

By ______________________

Janice Davis
1100 15th Street NW, Suite 300
Washington, DC 20005
Tel. (202) 530-5828
Fax (202) 530-5717

*Attorneys for Defendant-Intervenor Dynamic Systems Technology, Inc.*

February 22, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2008, a copy of the foregoing "Stipulation of Dismissal" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ross L. Crown