# United States Court of Federal Claims

| | |
|---|---|
| HERITAGE OF AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>DYNAMIC SYSTEMS TECHNOLOGY, INC.,<br><br>and EVOLVER, INC.,<br><br>Defendants-Intervenors. | No. 07-150 C<br><br>Filed February 25, 2008 |

## ORDER

The Court has received the parties' stipulation of dismissal with prejudice (docket entry 63). Consistent with the parties' agreement, this proceeding is hereby **DISMISSED** with prejudice. Also, per the parties' request, the Court hereby **VACATES** the permanent injunction initially laid out in its May 16, 2007 opinion and order and subsequently modified on September 18, 2007, and January 14, 2008. Finally, because the parties have reached agreement on a stipulation of dismissal, the status conference scheduled for March 3, 2008, is no longer necessary and is hereby canceled.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge